IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD S., by and through his next friend, RUTH B., | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:16-cv-02916-S |
| HIGHLAND PARK INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO RESET HEARING

Be it remembered that on this day came to be considered the Parties' Joint Motion to Reset Hearing. After considering the Motion, and noting the joint nature of the relief requested therein, the Court finds that the Motion is well taken and should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that the Joint Motion to Reset Hearing is hereby GRANTED in full. The hearing on the pending Motion for Summary Judgment and Motion for Judgment on the Administrative Record is set for ___2:00___ a.m./p.m. on ___September 6___, 2018, in Courtroom 1632 at the United States Courthouse, 1100 Commerce Street, Dallas, Texas 75242.

SIGNED this __14th__ day of __August__, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE